IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    Case No. 9-60006-004

RICHARD W. ROBBINS                                          DEFENDANT

### ORDER

On November 30, 2012, Defendant was sentenced to six months imprisonment with the Bureau of Prisons for violations of conditions of supervision. Prior to the hearing a field drug test was administered and resulted in a positive reading for Marijuana Metabolite. Defendant maintained that he did not use marijuana and the Court ordered the urinalysis sample sent out for further analysis. On December 3, 2012, the Court received the results of the additional analysis which indicated the sample was negative for Marijuana Metabolite.

In light of this development, the Court hereby rescinds the judgment orally pronounced on November 30, 2012. The Drug Test Report shall be attached as an exhibit to this order. The Court hereby releases the defendant with all conditions of supervision previously imposed to remain the same. A sentencing hearing in this matter is set for Friday, April 19, 2013, at 11:00am.

IT IS SO ORDERED this 3rd day of December 2012.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 03 2012

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk